United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2369

_____

Van Perry-El,                         *
                                      *
            Appellant,                *
                                      *
                                      *   Appeal from the United States
    v.                                *   District Court for the
                                      *   Eastern District of Missouri.
                                      *
Michael Bowersox; Ray Pogue;          *
Bill Hartley,  *                          **[UNPUBLISHED]**
                                      *
            Appellees.                *

_____

Submitted: March 6, 1998
Filed:   March 20, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Van Perry-El appeals the district court's[1] grant of summary judgment dismissing his 42 U.S.C. § 1983 suit seeking damages because prison officials confined him in a shower stall while he refused to be double-celled. After de novo review of the record and the parties' briefs, we conclude the district court did not err in granting summary judgment in favor of defendants. Perry-El sued them only in their official capacities, see Murphy v. Arkansas, 127 F.3d 750, 754-55 (8th Cir.

_____

[1]The HONORABLE GEORGE F. GUNN, JR., United States District Judge for the Eastern District of Missouri.

1997), and he failed to respond to defendants' motion for summary judgment with information sufficient to establish the existence of a genuine issue of material fact defeating defendants' right to qualified immunity as a matter of law. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.